## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ROOPA J. MOHAN,** : | |
|     *Plaintiff* : | |
| **v.** : | |
| : | C.A. No. 21-cv-00180-MSM-PAS |
| **INCEDO, INC., alias,** : | |
|     *Defendant* : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, Roopa J. Mohan, in the above-cited matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and hereby dismisses all claims in the within action with prejudice, each party to bear its own costs and fees.

    Plaintiff,
    **Roopa J. Mohan,**

    By her attorneys,
    **SINAPI LAW ASSOCIATES, LTD.**

    /s/ **Danilo A. Borgas**
    **Danilo A. Borgas, Esq**. (#9403)
    **Richard A. Sinapi, Esq**. (#2977)
    2374 Post Road, Suite 201
    Warwick, RI 02886
    Phone: (401) 739-9690
    Fax: (401) 739-9040
    Email: ras@sinapilaw.com
           dab@sinapilaw.com

Dated: August 16, 2021

**CERTIFICATION OF SERVICE**

**Navneet Chugh**
**Varduhi Danielyan**
**CHUGH. LLP**
15925 Carmenita Road
Cerritos, CA 09703
Phone: (562) 483-0435
Fax: (562) 229-1221
Email: navneet@chugh.com
varduhi.danielyan@chugh.com

I hereby certify that on **August 16, 2021**, a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.

Service on Defendant has also been effectuated by electronic mail to Defendant's counsel listed above.

/s/ **Danilo A. Borgas**